

COPY IN CHAMBERS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENSEL STEWART<br>FOR AND ON BEHALF OF HIMSELF<br>AND OTHER CURRENT AND FORMER<br>EMPLOYEES SIMILARLY SITUATED | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-3595 |
| Plaintiff, | §<br>§ | JUDGE SECT. L |
| v. | §<br>§ | |
| PROJECT CONSULTING<br>SERVICES, INC. | §<br>§<br>§<br>§ | |
| Defendant. | § | MAGISTRATE 1 |

### MOTION FOR LEAVE TO REPLY TO DEFENDANT'S
### OPPOSITION TO STEWART'S MOTION TO APPROVE NOTICE
### TO POTENTIAL FAIR LABOR STANDARDS ACT §216(b) CLAIMANTS

Plaintiff Densel Stewart files this Motion for Leave to Reply for the following reasons:

I.

On March 21, 2000, Defendants filed an Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act § 216(b) Claimants ("Opposition") which contains several misleading and/or inaccurate allegations. Furthermore, the Affidavit of Kenneth Breaux, attached to the Opposition, contains unreliable and untrustworthy statements. Plaintiff's Motion for Notice to Class and the Opposition are currently scheduled for consideration, without oral argument, on March 29, 2000.





II.

Judith Batson Sadler, lead counsel for Plaintiff, has been in California since March 21, 2000, for depositions and hearings in *Lisa Castillo v. Superior Farms, et al*, Case No. 012316, in the Superior Court, Solano County, California. Counsel did not return to Houston until March 25, 2000. *See* Affidavit of Judith Batson Sadler attached as Exhibit 1. Charles Sykes, Co-counsel, has been out of state all week on another legal matter. *Id.*

III.

Plaintiff seeks to reply to Defendant's Opposition in the interests of justice and not for the purpose of delay. Plaintiff's Reply and Stewart Affidavit 3, attached to this Motion as Exhibits 2 and 3, should assist the Court by clarifying the factual and legal issues raised in the Plaintiff's Motion and Defendant's Opposition.

IV.

Furthermore, Plaintiff's Reply points out the contradictory positions that Defendant is taking in this Opposition and in Project Consulting's Motion to Bifurcate Liability From Damages Pursuant to Rule 42(b) ("Motion to Bifurcate"). The Reply also demonstrates the unreliability of alleged "evidence" attached as Defendant's Opposition. Accordingly, the Court will be better able to issue a fair and just decision on Plaintiff's Notice to Class with the aid of Plaintiff's Reply.

Therefore, Plaintiff prays that the Court allow him to reply to Defendant's Opposition; that the Court considers Plaintiff's Reply in conjunction with Plaintiff's Motion for Notice to Class on March 29, 2000; and for all other relief to which Plaintiff is entitled.

Respectfully submitted,

*/s/ Judith Batson Sadler*

**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
**Charles E. Sykes**
Texas State Bar #19592300
5847 San Felipe, Suite 3900
Houston, Texas 77057
(713) 877-8788          Telephone
(713) 877-8065          Facsimile

OF COUNSEL:
**BRUCKNER & SYKES, L.L.P.**

AND

*/s/ J. Ricky LaFleur*    #19662

J. Ricky LaFleur
Two South Magdalen Square
Suite 207
Abbeville, Louisiana 70510
(337) 893-2030          Telephone
(337) 898-6070          Facsimile

OF COUNSEL:
**J. RICKY LAFLEUR, P.L.C.**

**ATTORNEYS FOR PLAINTIFF
DENSEL STEWART FOR AND ON
BEHALF OF HIMSELF AND OTHER
CURRENT AND FORMER EMPLOYEES
SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ***Plaintiff's Motion for Leave to Reply to Defendant's Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act § 216(b) Claimants, Memorandum in Support of Plaintiff's Motion for Leave to Reply and Plaintiff's Reply to Defendant's Opposition*** were forwarded via Federal Express to Ellis B. Murov, P.L.C., Deutsch, Kerrigan & Stiles, L.L.P., 755 Magazine Street, New Orleans, Louisiana 70130-3672, on March 25th, 2000.

*[signature]*
Judith Batson Sadler

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENSEL STEWART** | § | **CIVIL ACTION NO. 99-3595** |
| **FOR AND ON BEHALF OF HIMSELF** | § | |
| **AND OTHER CURRENT AND FORMER** | § | |
| **EMPLOYEES SIMILARLY SITUATED** | § | |
| | § | |
| Plaintiff, | § | **JUDGE SECT. L** |
| | § | |
| v. | § | |
| | § | |
| **PROJECT CONSULTING** | § | |
| **SERVICES, INC.** | § | |
| | § | |
| Defendant. | § | **MAGISTRATE 1** |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S
### MOTION FOR LEAVE TO REPLY TO DEFENDANT'S
### OPPOSITION TO STEWART'S MOTION TO APPROVE NOTICE
### TO POTENTIAL FAIR LABOR STANDARDS ACT §216(b) CLAIMANTS

Plaintiff Densel Stewart files this Memorandum in Support of Plaintiff's Motion for Leave to Reply for the following reasons:

I.

On March 21, 2000, Defendant filed an Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act § 216(b) Claimants ("Opposition") which contains several misleading and/or inaccurate allegations. Furthermore, the Affidavit of Kenneth Breaux, which is attached to the Opposition, contains unreliable and untrustworthy statements. Plaintiff's Motion for Notice to Class and

the Opposition are currently scheduled for consideration, without oral argument, on March 29, 2000. Plaintiff's Reply will correct these misrepresentations and/or inaccuracies and therefore will assist the Court in making a just and proper decision concerning Plaintiff's Motion for Notice to Class.

II.

Plaintiff's counsel were unavoidably detained out of state this week. Judith Batson Sadler, lead counsel for Plaintiff, has been in California since March 21, 2000, for depositions and hearings in *Lisa Castillo v. Superior Farms, et al*, Case No. 012316, in the Superior Court, Solano County, California. Counsel did not return to Houston until March 25, 2000. *See* Affidavit of Judith Batson Sadler attached to the Motion as Exhibit 1. Charles Sykes, co-counsel, was also out of state on another legal matter. *Id.* Thus, Plaintiff's Motion for Leave to Reply was filed immediately upon counsel's return to Houston.

III.

Plaintiff seeks to reply to Defendant's Opposition in the interests of justice and not for the purpose of delay. Plaintiff's Reply and Stewart Affidavit 3, attached to the Motion as Exhibits 2 and 3, should assist the Court by clarifying the factual and legal issues raised in the Plaintiff's Motion and Defendant's Opposition.

IV.

Furthermore, Plaintiff's Reply points out the contradictory positions that Defendant is taking in this Opposition and in Project Consulting's Motion to Bifurcate Liability From Damages Pursuant to Rule 42(b) ("Motion to Bifurcate"), and the unreliability of affidavit "evidence" attached to Defendant's Opposition.

Therefore, Plaintiff prays that he be allowed to Reply to Defendant's Opposition; that the Court consider Plaintiff's Reply in conjunction with Plaintiff's Motion for Notice to Class on March 29, 2000; and for all other relief to which Plaintiff is entitled.

2

Respectfully submitted,

*[signature: Judith Batson Sadler]*

**Judith Batson Sadler**
Texas State Bar #17511850
Trial Attorney
**Charles E. Sykes**
Texas State Bar #19592300
5847 San Felipe, Suite 3900
Houston, Texas 77057
(713) 877-8788      Telephone
(713) 877-8065      Facsimile

OF COUNSEL:
**BRUCKNER & SYKES, L.L.P.**

AND

*[signature: J. Ricky LaFleur]*

**J. Ricky LaFleur**
Two South Magdalen Square
Suite 207
Abbeville, Louisiana 70510
(337) 893-2030      Telephone
(337) 898-6070      Facsimile

OF COUNSEL:
**J. RICKY LAFLEUR, P.L.C.**

**ATTORNEYS FOR PLAINTIFF
DENSEL STEWART FOR AND ON
BEHALF OF HIMSELF AND OTHER
CURRENT AND FORMER EMPLOYEES
SIMILARLY SITUATED**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Memorandum in Support of Plaintiff's Motion for Leave to Reply and Plaintiff's Reply to Defendant's Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act § 216(b) Claimants* was forwarded via Federal Express to Ellis B. Murov, P.L.C., Deutsch, Kerrigan & Stiles, L.L.P., 755 Magazine Street, New Orleans, Louisiana 70130-3672, on March 25th, 2000.

／Judith Batson Sadler

4

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENSEL STEWART<br>FOR AND ON BEHALF OF HIMSELF<br>AND OTHER CURRENT AND FORMER<br>EMPLOYEES SIMILARLY SITUATED | § § § § § | CIVIL ACTION NO. 99-3595 |
| Plaintiff, | § § | JUDGE SECT. L |
| v. | § § § | |
| PROJECT CONSULTING<br>SERVICES, INC. | § § § | |
| Defendant. | § | MAGISTRATE 1 |

## ORDER

On the 28 day of March, 2000, Plaintiff moved this Court for Leave to Reply to Defendant's Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act § 216(b) Claimants ("Motion for Leave to Reply"). Having considered the arguments and authorities of counsel, the Court is of the opinion that Plaintiff's Motion is well taken and that Plaintiff's Motion for Leave to Reply should be GRANTED.

THEREFORE, IT IS ORDERED THAT Plaintiff's Motion for Leave to Reply is GRANTED and Plaintiff's Reply to Defendant's Opposition to Stewart's Motion to Approve Notice to Potential Fair Labor Standards Act §216(b) Claimants is considered filed in this case, and will be considered by the Court in conjunction with Plaintiff's Motion for Notice to Fair Labor Standards Act Class, which is set for hearing on March 29, 2000.

March 28, 2000
Date

HON. ELDON E. FALLON PRESIDING